# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2011

Robert P. Young, Jr.,
Chief Justice

142901

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CAROL JOHNSON, Conservator of
ELMER JOHNSON,
        Plaintiff-Appellee,

v

JOSHUA GATES,
        Defendant-Appellee,

and

WESTFIELD INSURANCE COMPANY
        Defendant-Appellant.

SC: 142901
COA: 302252
Lenawee CC: 09-3516-NI

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 9, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2011

_____
Clerk

h0503